EILEEN C. KOTZ, Respondent, v. UNITED STATES FIRE INSURANCE COMPANY OF NEW YORK, Appellant.— In an action to recover under a policy of fire insurance, order denying defendant's motion, under subdivision 3 of section 187 of the Civil Practice Act, to change the place of trial from Kings County to Westchester County, reversed, with $10 costs and disbursements, and the motion granted. It appears that the convenience of material witnesses, some thirteen in number, and the ends of justice, will be promoted by the change. Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ., concur.

ADA LEWIS et al., Respondents, v. SAMUEL CRYSTAL, Appellant, et al., Defendants.— In an action to recover damages for personal injuries sustained by respondents, who alleged that they were struck by an automobile operated by appellant, judgment in favor of respondents, and order denying appellant's motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Aldrich and Nolan, JJ.

CHARLES MALLOZZI, Appellant, v. FRANCES JAQUES, Respondent. (Action No. 1.) FRANCES JAQUES, Respondent, v. CHARLES MALLOZZI, Appellant, et al., Defendants. (Action No. 2.) FRANCES JAQUES, Respondent, v. CHARLES MALLOZZI, Appellant. (Action No. 3.) — Consolidation of three actions, tried before the court, without a jury. Action No. 1 is by Mallozzi, as plaintiff, to have certain real property declared to be his sole property and to require the defendant Jaques to execute and deliver to him a deed therefor and account for all moneys received with respect thereto. Action No. 2 is by Jaques, as plaintiff, against defendants Mallozzi and Bank of the Manhattan Company to recover proceeds of a bank account in the defendant bank in the joint names of Jaques and Mallozzi. Action No. 3 is by Jaques, as plaintiff, against Mallozzi, as defendant, to recover certain rents of premises involved, collected by Mallozzi and withheld by him. Jaques had judgment in her favor as defendant in Action No. 1 and as plaintiff in Actions Nos. 2 and 3. Mallozzi, plaintiff in Action No. 1, and defendant in Actions Nos. 2 and 3 appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Nolan, JJ.